Todd Blanche
Acting Attorney General of the United States
Brandon Pang
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 2 0 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

JORGE IVAN MORENO-AVILA,

                    Defendant.

1:26-CR-2036-SAB

INDICTMENT

Vio:  18 U.S.C. § 933(a)(1), (3), (b)
Attempted Firearms
Trafficking

18 U.S.C. § 934
Forfeiture Allegations

The Grand Jury charges:

On or about October 17, 2025, in the Eastern District of Washington and elsewhere, the Defendant, JORGE IVAN MORENO-AVILA, did knowing attempt to ship, transport, transfer, cause to be transported, or otherwise dispose of multiple firearms to another person, in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, in violation of 18 U.S.C. § 933(a)(1), (3), (b).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. §§ 934(a)(1)(A), (B) and (a)(2), upon conviction of an

INDICTMENT – 1

offense in violation of 18 U.S.C. § 933(a)(1), (3), (b), as charged in this Indictment, the Defendant, JORGE IVAN MORENO-AVILA, shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such violation; and, any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such violation.

If any of the property described above, because of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

DATED this 20 day of May 2026.

A TRUE BILL

Todd Blanche
Acting Attorney General

Alison Gregoire
Criminal Chief

Brandon Pang
Assistant United States Attorney

INDICTMENT – 2